# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00694-AWI-SMS-P |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:06-CV-00442-AWI-SMS-P |
| v. | |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, et al., | (Doc. 1) |
| Defendants. | |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed this action on June 5, 2006.  The complaint in this action sets forth the same claims as those set forth in the complaint filed on April 17, 2006, in case number 1:06-CV-00442-AWI-SMS-P.

Accordingly, this case is HEREBY DISMISSED on the ground that it is duplicative of case number 1:06-CV-00442-AWI-SMS-P.

IT IS SO ORDERED.

**Dated:   June 27, 2006**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

1