# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE WEAVER, | CASE NO. 1:06-CV-00694-AWI-SMS-P |
| Plaintiff, | Appeal No. 06-16361 |
| v. | ORDER DENYING PLAINTIFF'S MOTION FOR TRANSCRIPTS ON APPEAL AT GOVERNMENT EXPENSE |
| CALIFORNIA CORRECTIONAL INSTITUTION CONFINEMENT SHU, et al., | (Doc. 9) |
| Defendants. | ORDER DIRECTING CLERK'S OFFICE TO SERVE COPY OF ORDER ON NINTH CIRCUIT |

Plaintiff Willie Weaver ("plaintiff") is a state prisoner who was proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on June 5, 2006. (Doc. 1.) Because the complaint in this action sets forth the same claims as those set forth in the complaint filed on April 17, 2006, in case number 1:06-CV-00442-AWI-SMS-P, by order filed June 27, 2006, the Court dismissed this action as duplicative of case number 1:06-CV-00442-AWI-SMS-P. (Doc. 5.) Plaintiff filed a notice of appeal on July 10, 2006. (Doc. 6.) On August 3, 2006, plaintiff filed a motion seeking transcripts at government expense. (Doc. 8.)

Because there have been no courtroom proceedings in this action, the Court construes plaintiff's motion to be one for the printing of the record at government expense. Plaintiff was not proceeding in forma pauperis in this action in the district court. Therefore, plaintiff is not entitled to printing of the record at government expense. 28 U.S.C. § 1915(c). Further, in a separate order

1  issued concurrently with this order, the Court found that plaintiff's appeal was not taken in good
2  faith and denied plaintiff's motion for leave to proceed in forma pauperis on appeal. For these
3  reasons, plaintiff's motion shall be denied. In the event that the Ninth Circuit deems it necessary to
4  review the record and directs this Court to produce it, the Court will do so. Absent instruction from
5  the Ninth Circuit, however, the record will not be printed for plaintiff at government expense.
6       In accordance with the above, plaintiff's motion for transcripts on appeal, construed as one
7  for the printing of the record on appeal at government expense, filed August 3, 2006, is HEREBY
8  DENIED.

10  IT IS SO ORDERED.

11  **Dated:   August 15, 2006**            **/s/ Anthony W. Ishii**
    0m8i78                           UNITED STATES DISTRICT JUDGE